NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID LEE SMITH,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5074          .

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-218, Judge Edward J. Damich.

---

**ON MOTION**

---

**O R D E R**

The United States moves for an 11-day extension of time, until May 25, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 2 1 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: David Lee Smith
     Curtis C. Pett, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 1 2012

JAN HORBALY
CLERK